IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRANK E. REID, ) | |
|     Plaintiff, ) | Case No. 7:22-cv-00346 |
| ) | |
| v. ) | |
| ) | By: Michael F. Urbanski |
| CORIZON HEALTH SERVICES, et al., ) | Chief United States District Judge |
|     Defendants. ) | |

## MEMORANDUM OPINION

Plaintiff Frank E. Reid, a Virginia inmate proceeding pro se, filed this civil action under 42 U.S.C. § 1983. By order entered August 30, 2022, the court denied Reid's request to proceed in forma pauperis and directed him to pay the applicable filing fees within twenty days. See ECF No. 11. The order expressly warned Reid that failure to pay all applicable fees within the time allotted would result in the dismissal of this action without prejudice.

As of this date, Reid has not paid the requisite filing fees. He has not complied with the court's order, and the time for doing so has expired. Accordingly, the court will dismiss the action without prejudice. See Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989) (recognizing that courts have the authority to order dismissal of an action for failure to comply with court orders, and finding that dismissal was appropriate where the pro se litigant disregarded a court order despite being warned that failure to comply would result in dismissal).

An appropriate order will be entered.

Entered: September 30, 2022

Michael F. Urbanski
Chief United States District Judge